UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Julio Cesar PANDURO-Ramona,<br><br>Defendant | Magistrate Docket No. **07 MJ 2980**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
07 DEC 26 AM 11:53

The undersigned complainant, being duly sworn, states:

On or about **December 21, 2007** within the Southern District of California, defendant, **Julio Cesar PANDURO-Ramona,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **DECEMBER 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Julio Cesar PANDURO-Ramona**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On December 21, 2007 at 10:55 A.M. Border Patrol Agents conducting anti-smuggling surveillance duties executed a federal search warrant on a suspected load house, a residence located in the 400 block of West 17th Street in National City, California. Six people were arrested, a vehicle and $8520.00 cash in smuggling proceeds were seized. One of the six arrested included the defendant Julio Cesar PANDURO-Ramona who was found in a load vehicle preparing to depart with two other people. Senior Patrol Agent Desrossiers identified himself as a Border Patrol Agent and queried the defendant as to his immigration status. The defendant admitted that he is a citizen of Mexico illegally present in the United States. The defendant was placed under arrest and transported to Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 27, 2007 through Laredo, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant stated that he understood his rights and agreed to be interviewed without representation. The defendant admits that he is a citizen and national of Mexico illegally present in the United States. He admits that the criminal and immigration record found on him is his.

Executed on December 22, 2007 at 9:30 A.M..

_____
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **December 21, 2007**, in violation of Title 8, United States Code, Section 1326.

_____      12/22/07 - 4:01 A
Leo S. Papas                         Date/Time
United States Magistrate Judge