1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Mr. Panduro-Ramona

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No.  07mj2980
                                     )
12              Plaintiff,            )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 **JULIO CESAR PANDURO-RAMONA**,   )
                                     )
15              Defendant.            )
                                     )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                        Respectfully submitted,

21 Dated: December 28, 2007              *s/ Ellis M. Johnston, III*
                                         Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                         ellis_johnston@fd.org
23

24

25

26

27

28