1 **ELLIS M. JOHNSTON III**
California Bar No. 223664
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
E-mail: ellis_johnston@fd.org
5

6 Attorneys for Mr. Panduro-Ramona

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Case No. 07mj2980
                                       )
12              Plaintiff,             )
                                       )
13 v.                                  )   **PROOF OF SERVICE**
                                       )
14 **JULIO CESAR PANDURO-RAMONA**,     )
                                       )
15              Defendant.             )
                                       )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc2@usdoj.gov
21
                                                     s/ Ellis M. Johnston, III
22 Dated: December 28, 2007                          **ELLIS M. JOHNSTON III**
                                                     Federal Defenders of San Diego, Inc.
23                                                   E-mail: ellis_johnston@fd.org

24

25

26

27

28