KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant United States Attorney
California State Bar No. 250781
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
Facsimile:  (619) 235-2757
Email: fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIO CESAR PANDURO-RAMONA,<br><br>        Defendants. | Case No. 07 MJ 2980<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Fred Sheppard

1        Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name

6        None.

7

8        Please call me at the above-listed number if you have any questions about this notice.

9        DATED: January 3, 2008

Respectfully submitted,

10

KAREN P. HEWITT

11   United States Attorney

12   /s/ *Fred Sheppard*

13   Fred Sheppard

Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance

United States v. Julio Cesar Panduro-Ramona 2                    07 MJ 2980

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07 MJ 2980 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JULIO CESAR PANDURO-RAMONA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Fred Sheppard, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated January 3, 2008, and this Certificate of Service, dated January 3, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Ellis M Johnston, III**
*Attorney for Defendant*


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008.


/s/ **Fred Sheppard**

Fred Sheppard
Assistant United States Attorney


Notice of Appearance
United States v. Julio Cesar Panduro-Ramona 3                    07 MJ 2980