

FILED
JAN 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Criminal Case No. 08CR193-W
                                    )
            Plaintiff,              )   I N F O R M A T I O N
                                    )
    v.                              )   Title 8, U.S.C., Sec. 1325 -
                                    )   Illegal Entry (Felony)
JULIO CESAR PANDURO-RAMONA,         )
                                    )
            Defendant.              )

The United States Attorney charges:

On or about December 21, 2007, within the Southern District of California, defendant JULIO CESAR PANDURO-RAMONA being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No. 00CR2398, in the United States

District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 1/23/08

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:DRH:San Diego
1/14/08