AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM            DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

STEPHEN MICHAEL PACKOWSKI

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR179 -IEG

I, STEPHEN MICHAEL PACKOWSKI , the above named defendant, who is accused

of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections
952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __1\24\08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER